## CHAMBERS v. CHAMBERS.

ATKINSON, Presiding Justice. A person who is non compos mentis, though not legally adjudged to be an insane person, is incapable of being legally served with a petition for divorce; and a judgment in an uncontested divorce suit which is predicated upon such service may be

set aside in a proceeding by a next friend. Code, §§ 110-709, 110-710; *Perry* v. *Fletcher,* 46 *Ga. App.* 450 (1) (167 S. E. 796); *Henry & Co.* v. *Johnson,* 178 *Ga.* 541 (5c) (173 S. E. 659).

*Judgment affirmed. All the Justices concur.*

No. 17047. APRIL 10, 1950.

R. *P. Johnston* and *Vester M. Ownby,* for plaintiff in error.
*Martin McFarland* and *Roger H. Bell,* contra.